# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GENE B. BARTSCH, PHYLLIS BARTSCH,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS SALARIED RETIREMENT PLAN; GENERAL DYNAMICS CORPORATION RETIREMENT PLAN; ALIGHT SOLUTIONS (FORMERLY KNOWN AS HEWITT ASSOCIATES LLC),<br><br>　　　　　　　Defendants. | Case No. 21-cv-00988-PAM-ECW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Alan J. Iverson hereby appears as counsel on behalf of Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (formerly known as Hewitt Associates LLC), although the parties are in the process of determining the proper ERISA Plan defendants, which Plaintiffs intend to substitute, and subject to any and all defenses Defendants may have, including with respect to, but not limited to, any improperly named defendants.

| | |
|---|---|
| Dated: July 26, 2021 | By */s/ Alan Iverson*<br>Stephen P. Lucke (#0154210)<br>lucke.steve@dorsey.com<br>Alan Iverson (#0399747)<br>iverson.alan@dorsey.com<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868<br><br>Joseph J. Torres*<br>jtorres@jenner.com<br>Wade A. Thomson*<br>wthomson@jenner.com<br>Jennifer T. Beach*<br>Jbeach@jenner.com<br>Alexis E. Bates*<br>abates@jenner.com<br>(**pro hac vice application forthcoming*)<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>*Attorneys for Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (formerly known as Hewitt Associates LLC)* |