# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GENE B. BARTSCH, PHYLLIS BARTSCH,<br><br>      Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS SALARIED RETIREMENT PLAN; GENERAL DYNAMICS CORPORATION RETIREMENT PLAN; ALIGHT SOLUTIONS (FORMERLY KNOWN AS HEWITT ASSOCIATES LLC),<br><br>      Defendants. | Case No. 21-cv-00988-PAM-ECW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Stephen P. Lucke hereby appears as counsel on behalf of Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (formerly known as Hewitt Associates LLC), although the parties are in the process of determining the proper ERISA Plan defendants, which Plaintiffs intend to substitute, and subject to any and all defenses Defendants may have, including with respect to, but not limited to, any improperly named defendants.

Dated: July 26, 2021

By */s/ Stephen P. Lucke*
Stephen P. Lucke (#0154210)
lucke.steve@dorsey.com
Alan Iverson (#0399747)
iverson.alan@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Joseph J. Torres*
jtorres@jenner.com
Wade A. Thomson*
wthomson@jenner.com
Jennifer T. Beach*
Jbeach@jenner.com
Alexis E. Bates*
abates@jenner.com
(**pro hac vice application forthcoming*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions (formerly known as Hewitt Associates LLC)*