# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GENE B. BARTSCH, PHYLLIS BARTSCH,<br><br>      Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS SALARIED RETIREMENT PLAN; GENERAL DYNAMICS CORPORATION RETIREMENT PLAN; ALIGHT SOLUTIONS (FORMERLY KNOWN AS HEWITT ASSOCIATES LLC),<br><br>      Defendants. | Case No. 21-cv-00988-PAM-ECW |
| LANA SUE HANSON, RICHARD A. HANSON, JANE WILJAMAA, ALAN WILJAMAA, on their own behalves and on behalf of a class of similarly situated participants and beneficiaries, and JAMES ENGLAND, DEBRA M. ENGLAND, GERALD B. MANNINEN, RITA P. MANNINEN, MICHAEL MURPHY, PAMELA S. MURPHY, PHYLLIS SODERBERG, ROBERT SODERBERG, KENNETH STUHR AND CONSUELO STUHR,<br><br>      Plaintiff,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, GENERAL DYNAMICS SALARIED RETIREMENT PLAN; GENERAL DYNAMICS CORPORATION RETIREMENT PLAN; ALIGHT SOLUTIONS (FORMERLY | Case No. 21-cv-01122-PAM-ECW |

KNOWN AS HEWITT ASSOCIATES LLC),

        Defendants.

## [PROPOSED] ORDER

This matter is before the Court on Defendants General Dynamics Corporation, General Dynamics Salaried Retirement Plan, General Dynamics Corporation Retirement Plan, and Alight Solutions' (Defendants) Motion to Consolidate Related Cases [ECF No. 24] ("Motion to Consolidate") pursuant to Federal Rule of Civil Procedure 42(a). Based on the review of the file, record, and proceedings, together with the arguments of counsel, the Court grants the Motion to Consolidate.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Consolidate is granted, and the two above-captioned cases should be consolidated and captioned as *Bartsch, et al. v. General Dynamics Corp., et al.,* Civil No. 21-cv-00988-PAM-ECW.

Dated: _____                _____
                                                                            Elizabeth Cowan Wright
                                                                            United States Magistrate Judge